# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**452**

**CA 12-01887**

PRESENT: CENTRA, J.P., FAHEY, CARNI, WHALEN, AND MARTOCHE, JJ.

---

JAMES HENNING AND CHRISTINE HENNING,
PLAINTIFFS-APPELLANTS,

V                                                                    ORDER

WILLIAM H. KING, JR., ESQ.,
DEFENDANT-RESPONDENT.

---

FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C., ROCHESTER (SANFORD R. SHAPIRO OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.

HISCOCK & BARCLAY, LLP, ROCHESTER (ROBERT M. SHADDOCK OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered August 30, 2012. The order, among other things, granted the motion of defendant seeking to vacate a judgment entered on June 29, 2012.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: April 26, 2013                                    Frances E. Cafarell
                                                            Clerk of the Court